Daniel T. Pierson, Esq.
LAW OFFICES OF DANIEL T. PIERSON
1925 Century Park East, Suite 2050
Los Angeles, California 90067-2721
(310) 785-3905 • (310) 785-9351 (Fax)
State Bar No.: 126180
danielpierson@sbcglobal.net

Attorney for Plaintiff,
PEDRO REYES MARTINEZ

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO REYES MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive, <br><br> Defendants, | ) CASE NO.: 2:22-CV-02061 <br> ) <br> ) <br> ) <br> ) COMPLAINT FOR <br> ) NEGLIGENCE <br> ) FEDERAL TORT CLAIMS ACT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW the Plaintiff, PEDRO REYES MARTINEZ, and alleges as follows:

## PRELIMINARY STATEMENT

1.     Plaintiff, PEDRO REYES MARTINEZ (hereinafter "Plaintiff") brings this action against Defendant, UNITED STATES OF AMERICA (hereinafter "USA") and DOES 1 through 10, inclusive under the Federal Tort Claims Act.

2.     At all times mentioned, Defendant, USA was and now is a duly organized subsidiary, ancillary and/or department of Defendant, USA doing

-1-

1  business in the State of California and other states.

2  3.    At all times mentioned, Postal Employee-Name Unknown (hereinafter

3  "Postal Employee") was and now is an employee of the United States Postal

4  Service (hereinafter "USPS"), and at all times relevant was the operator of a motor

5  vehicle involved in the subject vehicle collision.

6  4.    Plaintiff is ignorant of the true names and capacities of Defendants

7  sued herein as DOES 1 through 10, inclusive, and therefore sues these

8  Defendants by such fictitious names. Plaintiff will amend this Complaint to allege

9  their true names and capacities when ascertained. Plaintiff is informed and

10  believes, and thereon alleges, that each of the fictitiously named Defendants

11  participated in or contributed to Plaintiff's damages, either directly or vicariously.

12  5.    Plaintiff's action is for personal injury as a result of a three vehicle rear

13  end collision caused by the negligent or wrongful act or omission of United

14  States Postal Service Postal Employee while acting within the scope of his office

15  or employment with USPS under circumstances where the United States, if a

16  private person, would be liable to the Plaintiff in accordance with the laws of the

17  State of California, the place where the accident occurred, under 28 U.S.C.

18  § 1346(b).

19  6.    Plaintiff has exhausted his administrative claims, as Plaintiff filed the

20  required claim forms with Defendant and Defendant denied Plaintiff's claim on

21  February 1, 2022. In accordance with 28 U.S.C. § 2401(b), Plaintiff files the

22  instant action within six (6) months of the Defendant's denial of claim.

23  7.    Plaintiff alleges on personal knowledge as to all facts known to him,

24  and on information and belief as to all other facts, as follows:

25  ## JURISDICTION AND VENUE

26  8.    This Court has jurisdiction over the subject matter of this claim under

27  28 U.S.C. §§ 1331 and 1346(b).

28  9.    On or about May 21, 2021, Plaintiff filed a claim with USPS for the

-2-

COMPLAINT FOR NEGLIGENCE FEDERAL TORT CLAIMS ACT

1 incident that occurred on December 16, 2020.

2     10.     On September 13, 2021, Plaintiff received acknowledgment from

3 USPS that his claim was received.   See, Exhibit A (Acknowledgment of

4 Administrative Claim).  The claim was denied on February 1, 2022.  See Exhibit

5 B (Denial of Administrative Claim).

6     11.     Venue is properly within this district under 28 U.S.C. § 1402(b) as the

7 act that is the subject of this complaint occurred within the County of Los

8 Angeles, State of California.

9                              ## PARTIES

10     12.     Plaintiff, PEDRO REYES MARTINEZ is and was at all relevant times

11 a resident of the State of California, County of Los Angeles.

12     13.     Defendants are sued for Plaintiff's personal injuries caused by the

13 negligent or wrongful acts or omissions of Postal Employee acting within the

14 scope of his office or employment of the United States Postal Service under

15 circumstances where the United States, if a private person, would be liable to

16 Plaintiff in accordance with the laws of the State of California.   As such, the

17 United States is the appropriate defendant under the Federal Tort Claims Act

18 pursuant to the doctrine of *respondeat superior.*

19                    ## FACTUAL ALLEGATIONS

20     14.     Plaintiff is a citizen of the Country of Mexico.

21     15.     The events giving rise to this cause of action occurred at

22 approximately 6:30 p.m. on December 16, 2020, near the intersection of

23 National Boulevard and Overland Avenue in the City of Los Angeles, County of

24 Los Angeles.

25     16.     Plaintiff was operating his 2003 Chevy Tahoe, California license plate

26 number SD03DM on National Boulevard near Overland Avenue, and was at a

27 complete stop.  Postal Employee, an employee of the United States Postal

28 Service, acted in a negligent manner in operating a United States Postal Service

-3-

1  vehicle when he rear-ended Plaintiff's vehicle which in turn pushed Plaintiff's

2  vehicle into the vehicle operated by John Vu in front of Plaintiff.

3      17.   As a direct and proximate result of the negligence of Defendants, and

4  each of them, Plaintiff was hurt and injured in his health, strength and activity,

5  including trauma to his body and mind, sustaining injury to his body and shock

6  and injury to his nervous system and person, all of which has caused and

7  continues to cause Plaintiff great mental, physical and nervous pain and

8  suffering. Plaintiff is informed and believes, and thereon alleges that said injuries

9  will result in some permanent disability to Plaintiff, all to his general damage.

10     18.   Postal Employee was acting within the scope of his office or

11  employment by the United States Postal Service, an agency of Defendant.

## FIRST CAUSE OF ACTION

### (NEGLIGENCE)

14     19.   Postal Employee-Name Unknown owed a duty to Plaintiff and, as

15  described above, breached his duty to Plaintiff and was the direct and proximate

16  cause and a substantial factor in bringing about Plaintiff's damages outlined

17  below.

18     20.   The actions of Postal Employee constitute a tort of negligence under

19  the laws of the State of California.

20     21.   Postal Employee was acting within the scope of his office or

21  employment by United States Postal Service, an agency of Defendant, UNITED

22  STATES OF AMERICA.

23     22.   As a result of the negligence of the Defendant, Plaintiff has suffered

24  special and general damages.

25     23.   Plaintiff has sustained bodily injuries.  As a result of his bodily

26  injuries, Plaintiff has, and in the future will have, pain and suffering.  He is

27  therefore entitled to general damages in a sum to be proven.

28     24.   As a result of his bodily injuries, Plaintiff has incurred medical and

1  related expenses, and in the future will have medical and related expenses, the

2  exact amounts of which are not yet known.

3        25.    As a result of his bodily injuries, Plaintiff has sustained, and in the

4  future will sustain, loss of earnings and impairment of earning capacity, the exact

5  amounts of which are not yet known.

6        26.    Plaintiff has sustained property damage, in an amount to be

7  determined at trial.

8  **PRAYER**

9  WHEREFORE, Plaintiff respectfully requests judgment, as follows:

10        1.    For special damages for past and future medical expenses, past and

11  future wage loss, loss of earning capacity, and property damage in an amount

12  according to proof;

13        2.    For general damages in an amount according to proof;

14        3.    For cost of suit; and

15        4.    For such other and further relief that this Honorable Court deems just

16  and proper in the interest of justice.

17

18  DATED: March 28, 2022          LAW OFFICES OF DANIEL T. PIERSON

19

20  By: _____

21                        DANIEL T. PIERSON
                         Attorney for Plaintiff,

22                        PEDRO REYES MARTINEZ

23

24

25

26

27

28

-5-