# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2061 PA (JPRx) | Date | September 9, 2022 |
|---|---|---|---|
| Title | Pedro Reyes Martinez v. United States of America. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **IN CHAMBERS - ORDER**

  Plaintiff commenced this action on March 29, 2022.  On May 25, 2022, Plaintiff filed a Proof of Service indicating that it had served Defendant United States of America with the Summons and Complaint on May 16, 2022 with an Answer due on July 15, 2022.  On June 22, 2022, Plaintiff filed a Proof of Service indicating that it had served defendant United States of America with the Summons and Complaint on June 13, 2022, and that Defendant's Answer was due on August 12, 2022.  On August 17, 2022, the Court issued an Order to Show Cause directing plaintiff to show cause why this action should not be dismissed for lack of prosecution as a result of Defendant's failure to timely respond as required by Federal Rule of Civil Procedure 12(a)(1).

  On August 18, 2022, the United States filed a stipulation by the parties extending the time to file an Answer or otherwise respond to Plaintiff's Complaint to September 7, 2022.  On August 19, 2022, plaintiff filed a Response to the Court's August 17, 2022 Order to Show Cause, informing the Court that Defendant's delay in filing a response to plaintiff's Complaint was due to a "calendering error."  As of today, no response has been filed by the United States.  In light of the foregoing, the Court concludes that plaintiff's Response to the Court's August 17, 2022 Order to Show Cause is inadequate.

  Accordingly, the Court orders plaintiff to show cause in writing on or before **September 21, 2022**, why this action should not be dismissed for lack of prosecution. The filing of a request for entry of default or entry of an appearance by the defendant will be deemed an adequate response to the OSC.

  IT IS SO ORDERED.