JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO REYES MARTINEZ, | CV 22-2061 PA (JPRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Court's July 6, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED:  July 6, 2023

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE